**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| RANDY W. VERNATTER,<br><br>Plaintiff,<br><br>vs.<br><br>HAMILTON COUNTY, *et al.*,<br><br>Defendants. | : | Case No. 1:26-cv-1002<br><br>District Judge Susan J. Dlott<br>Magistrate Judge Caroline H. Gentry |

---

## DEFICIENCY ORDER

---

Plaintiff, an inmate currently housed at the Southeastern Correctional Institution, in Lancaster, Ohio, has filed a pro se civil rights complaint against Defendants Hamilton County and Hamilton County Prosecutor. (Doc. 1). Observing that Plaintiff had not paid the filing fee required to commence this action, the Clerk of Court entered a Notice of Deficiency on October 2, 2026, directing Plaintiff, within thirty days, to either pay the fee or file a motion to proceed *in forma pauperis*. (Doc. 2).

To date, more than thirty days later, Plaintiff has failed to respond to the Notice of Deficiency. Pursuant to the Prison Litigation Reform Act of 1995 (PLRA), 28 U.S.C. § 1915(a)–(h), a prisoner seeking to bring a civil action without prepayment of fees or security must submit an application and affidavit to proceed without prepayment of fees and a certified copy of their trust fund account statement (or institutional equivalent) for the six-month period immediately prior to the filing of the Complaint obtained from the cashier of the prison at which the prisoner is or was confined. 28 U.S.C. § 1915(a)(2).

Plaintiff has not submitted an *in forma pauperis* application or a certified copy of Plaintiff's trust fund account statement (or institutional equivalent) as required by the PLRA.

Plaintiff is therefore **ORDERED** to pay $405 ($350 filing fee plus $55 administrative fee), or submit to the Court an *in forma pauperis* application **and** certified copy of Plaintiff's prison trust fund account statement (or institutional equivalent) for the prior six-month period **within thirty (30) days** of the date of this Order.

**If Plaintiff fails to comply with this Order, the Court may dismiss this case for want of prosecution.** *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997). If Plaintiff's case is dismissed for failure to comply with this Order, the case will not be reinstated to the Court's active docket despite the payment of the filing fee. *Id.* Should Plaintiff need additional time to comply with this Deficiency Order, he shall file a motion for an extension of time.

The **CLERK OF COURT** is **DIRECTED** to send Plaintiff an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.

**A copy of this Deficiency Order shall be sent to the cashier of the prison at which Plaintiff is confined.**

**IT IS SO ORDERED.**

November 24, 2026

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE